USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SERGIO GARCIA LOPEZ,

        Plaintiff,

v.

MI BARRIO MEAT MARKET, INC.,
FRANCISCO ZUNIGA, and
GEORGE PORTOREAL,

        Defendants.
------------------------------------------------------------x

**MEMORANDUM ENDORSED**

CASE NO. 15 CIV. 7475 (GHW)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
        June __, 2016

For the Plaintiffs:

CILENTI & COOPER, PLLC

By: _____
Peter Hans Cooper
Attorneys for Plaintiffs
708 Third Avenue, 6th FL.
New York, NY 10017

For the Defendants:

PHILLIPS NIZER, LLP

By: _____
Regina E. Faul, Esq.
Attorneys for Defendants
666 Fifth Avenue – 28th Floor
New York, NY 10130

For the reasons stated on the record during the hearing held July 21, 2016, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

Dated: July 21, 2016
New York, New York

So Ordered:

_____
Hon. Gregory H. Woods (U.S.D.J.)

7